

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00524-CV

DAVID GRUPA, Appellant

V.

LILLIE D. BASSET, STANLEY E. DICKSON, CAROLYN SPILLER, CLIFFORD DICKSON, AND JANICE CRADDOCK, Appellees

Appeal from the 506th District Court of Grimes County.  (Tr. Ct. No. No. 32491).

This case is an appeal from the final judgment signed by the trial court on April 2, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellant, David Grupa, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 28, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Higley.